Unsealed on 4/30/10

~~SEALED~~

FILED

10 APR 28 PM 4:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'10 MJ 1395

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18 U.S.C. § 2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct |
| JERRY LEE JENNINGS | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

On or about July 24 and July 25, 2009, within the Southern District of California, defendant JERRY LEE JENNINGS did knowingly distribute one or more matters, that is computer images that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Don Buffington
Special Agent, U.S. ICE

Sworn to me and subscribed in my presence this 28 day of April, 2010.

UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and am currently assigned to the San Diego Office, Cyber Crimes group, and have been in this position since October 2006. I have been employed as a federal agent for three and a half years; prior to my current assignment, I was an Information Technology Manager with ICE. This complaint is based on my own investigation as well as information received from fellow ICE Agents and other law enforcement officers.

In June of 2008, a Task Force Officer assigned to the Panama City, FL, Internet Crimes Against Children (ICAC) Task Force began chatting online in an undercover (UC) capacity as a thirteen (13) year old female with a subject who used the Yahoo screen name "cam_guy_619". The screen name for the UC was "Aly Jean." On July 24 and July 25, 2009, during the course of Internet message exchanges, "cam_guy_619" sent the UC four files containing videos of underage children engaged in sexual acts with adults. Specifically, on July 24, 2008, cam_guy_619 sent the following three videos:

1)   File #1 is a video file containing a compilation of multiple child pornography videos. This file depicts numerous sexual acts with children. This file is approximately 2 minutes and 20 seconds long.

2)   File #2 is a video file which appears to depict a prepubescent female engaging in sexual intercourse or simulated sexual intercourse with an adult male. This file is approximately 12 seconds long.

3)   File #3 is a video file which appears to be a young female. The file depicts a prepubescent female perform various sex acts with an older male who is wearing a mask. This file is approximately 16 minutes and 41 seconds.

On July 25, 2008, cam_guy_619 initiated another conversation with Investigator Mathis's

2

undercover identity. During the course of this chat, cam_guy_619 sent the following CP video:

4) File #4 is a video file depicts a small, minor female and an adult male subject involved in a sexual intercourse or simulated sexual intercourse. The female is then seen performing oral sex on the male subject, who ejaculates on to the chest of the female. This video is 1 minute and 8 seconds long.

Subsequent information later identified the owner of the Yahoo account "cam_guy_619" as Jerry Lee JENNINGS, DOB 09/29/1945, 4602 Kansas Street, Apartment 201, San Diego, CA 92116. As a result of this information, a federal search warrant was obtained. On March 17, 2009, SAC San Diego Special Agents along with members of the Internet Crimes Against Children (ICAC) Task Force served a federal search warrant at 4602 Kansas Street, Apartment 201, San Diego, CA 92116.

Special Agent (SA) Buffington along with Senior Special Agent (SSA) Watkins began interviewing JENNINGS in his bedroom. The interview of JENNINGS was recorded with a digital voice recorder. SSA Watkins advised JENNINGS he was not under arrest and was free to leave at anytime. JENNINGS acknowledged he understood and agreed to speak with the agents. SSA Watkins then began the interview.

In substance JENNINGS stated that he downloaded child pornography to the thumb drive attached to his computer. He also stated that he recalled having internet chat conversations with someone using the screen name, "Aly Jean." JENNINGS stated that he had recently spoken with "Aly Jean" and claimed to be 14 years old, but he suspected she was older and possibly a man.

JENNINGS also stated that he has six (6) or seven (7) different email accounts including: jerryjennings945@hotmail.com, jerryjennings1945@hotmail.com, jerry_._poet@hotmail.com, jerry_._poet@yahoo.com, jerryjennings945@gmail.com, jerryjennings@gmail.com, jerryjennings@sbcglobal.net, and cam_guy_619@yahoo.com.

The search warrant resulted in the seizure of one desktop computer and a four GB USB flash drive. These items were seized and were forensically examined by ICE Computer Forensics Agents (CFA). On or about December 22, 2009, CFA Scott Azzarello completed the forensic analysis of the

3

desktop computer and the USB Flash drive seized from JENNINGS' residence. During the examination, Agent Azzarello discovered 41 movie files and numerous still images depicting the sexual exploitation of children on the desktop and thumb drive.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

_[signature]_
Don Buffington
Special Agent, U.S. ICE